| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 11/19/2020 |

ELIZABETH KLEIN et al.,

               Plaintiffs,

-v-

1STDIBS.COM, INC.,

               Defendant.

No. 20-cv-6766 (MKV)

SCHEDULING ORDER

MARY KAY VYSKOCIL, District Judge:

    IT IS HEREBY ORDERED that, by December 17, 2020, the parties shall file a joint status letter. The parties shall inform the Court whether: (1) the EEOC has issued a Notice of Right to Sue, and (2) the parties have engaged in an informal exchange of information in aid of an early settlement of this case. If the parties have not reached a settlement by December 17, 2020, the Court will refer this case to the Court-annexed Mediation Program.

**SO ORDERED.**

Date: **November 19, 2020**
      **New York, NY**

                                                   **MARY KAY VYSKOCIL**
                                                   **United States District Judge**