| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 5/4/2021 |

ELIZABETH KLEIN et al.,

                            Plaintiffs,

  -v-                                                               20-cv-6766 (MKV)

1STDIBS.COM, INC.,                              ORDER OF DISMISSAL

                            Defendant.

<u>MARY KAY VYSKOCIL</u>, District Judge:

       The Court is in receipt of a report from the mediator informing the Court that the parties have reached agreement on all issues in this case [ECF #24]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by June 4, 2021. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004). All other dates and deadlines are adjourned *sine die*.

**SO ORDERED.**

Date: **May 4, 2021**
      **New York, NY**

                                                          **MARY KAY VYSKOCIL**
                                                          **United States District Judge**